UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RICHARD POPE, Individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>GENERAL MOTORS COMPANY, DANIEL F. AKERSON, MARY T. BARRA, DANIEL AMMANN, and CHARLES K. STEVENS III,<br><br>                Defendants. | Case. No. 17-cv-12185<br><br>Honorable Bernard A. Friedman<br>Honorable David R. Grand<br><br><u>CLASS ACTION</u> |

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41**

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Lead Plaintiff, KBC Asset Management NV, following an extensive factual investigation, which included, among other things, the retention of two external investigators, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above-captioned action without prejudice to any claim, and with all parties to bear their own fees and costs. A class has not been certified in this action and no defendant in this action has served an answer or motion for summary judgment.

1

DATED:  June 15, 2018                        Respectfully submitted,

                                                                  **GASIOREK, MORGAN, GRECO,**
                                                                   **MCCAULEY &KOTZIAN, PC**

                                                                   */s/ Sam Morgan*
                                                                   Sam Morgan (P36694)
                                                                   30500 Northwestern Highway, Suite 425
                                                                   Sam Morgan (P36694)
                                                                   Farmington Hills, MI  48334
                                                                   Telephone:  (248) 865-0001
                                                                   Facsimile:  (248) 865-0002
                                                                   smorgan@gmgmlaw.com

                                                                  *Counsel for KBC Asset Management NV*

                                                                  **MOTLEY RICE LLC**

                                                                  */s/Gregg S. Levin*
                                                                   Gregg S. Levin
                                                                   Christopher F. Moriarty
                                                                   Erin C. Williams
                                                                   28 Bridgeside Blvd.
                                                                   Mt. Pleasant, SC  29464
                                                                   Telephone:  (843) 216-9000
                                                                   Facsimile:  (843) 216-9450
                                                                   glevin@motleyrice.com
                                                                   cmoriarty@motleyrice.com
                                                                   ecwilliams@motleyrice.com

                                                                  *Counsel for KBC Asset Management NV and*
                                                                   *Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 15, 2018.

*/s/ Brooke J. Savage*
Brooke J. Savage