UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Mr. Richard Pope and,
KBC Asset Management NV,

        Plaintiffs,        Case Number 17-12185
                                Honorable Bernard A. Friedman

v.

General Motors Company, et al.,

        Defendants.
_____/

## ORDER OF VOLUNTARY DISMISSAL

On June 15, 2018, Lead Plaintiff KBC Asset Management, NV filed a notice of voluntary dismissal of its claims against the defendants [docket entry 33]. A class action has not been certified and no defendant has answered or otherwise responded to the complaint. The Court therefore will dismiss the case. Fed. R. Civ. P. 41(a)(1)(A).

Accordingly, it is **ORDERED** that the case is **DISMISSED** *without prejudice*.

Dated: June 19, 2018        s/Bernard A. Friedman
Detroit, Michigan          BERNARD A. FRIEDMAN
                                  SENIOR UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 19, 2018.

                                            s/Johnetta M. Curry-Williams
                                            Case Manager